# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:24-CR- 51 |
| v. | : | (Judge Munley) |
| JAMELL R. O'NEAL | : | |
| Defendant. | : | |

FILED
SCRANTON
MAR 05 2024
PER_____
DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
21 U.S.C. § 841
(Possession with Intent to Distribute a Controlled Substance)

On or about February 7, 2024, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

### JAMELL R. O'NEAL,

did knowingly, intentionally, and unlawfully possess with intent to distribute 50 grams and more of methamphetamine, cocaine and fentanyl, all Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about February 7, 2024, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

### JAMELL R. O'NEAL,

did knowingly and intentionally possess a firearm, namely a Smith & Wesson, .38 caliber revolver, Serial Number 3J8093 in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances in violation of 21 U.S.C. Section 841(a)(1) as charged in Count 1, of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and (C)(i).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 922(g)
(Possession of a Firearm by Prohibited Person)

On or about February 7, 2024, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**JAMELL R. O'NEAL,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce ammunition and a firearm, namely a Smith & Wesson, .38 caliber revolver, Serial Number 3J8093.

All in violation of Title 18, United States Code, Sections 922(g) and 924(a).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), Title 18, United States Code, Section 924(c), and Title 18, United States Code, Section 922(g), the defendant,

## JAMELL R. O'NEAL,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of said offenses; any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the

offenses; and any firearms or ammunition involved in the commission of the offenses.

If any of the property involved in or traceable to the offenses alleged in Counts 1 through 3 of this Indictment, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

GERARD M. KARAM
United States Attorney

*[signature]*      3-5-2024

TODD K. HINKLEY     Date
Assistant United States Attorney